UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHAEL KRASNANSKY, *on behalf of himself, FLSA Collective Plaintiffs, and the Class*,<br><br>                    Plaintiff,<br><br>   v.<br><br>JCCA f/k/a JEWISH CHILDCARE ASSOCIATION,<br><br>                    Defendant. | No. 22-CV-6577 (KMK)<br><br>ORDER |

KENNETH M. KARAS, District Judge:

     Pursuant to this Court's review of the settlement papers submitted on March 7, 2023, (*see* Dkt. No. 27), for approval pursuant to *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015), the Parties are directed to submit documentation supporting the Parties' estimation of Plaintiff's $30,000 recovery absent the pending settlement.  The Parties must submit this information by no later than April 17, 2023.  The Court will not grant any extensions.

SO ORDERED.

DATED:    April 3, 2023
                  White Plains, New York

                                                          KENNETH M. KARAS
                                                           UNITED STATES DISTRICT JUDGE